Robert J. FLANAGAN, as Executor of the Estate of Helen S. H. Winston, etc., Appellant, v. Alice T. MARVEL et al.

No. 14313.

United States Court of Appeals
Eighth Circuit.

May 2, 1951.

Charles S. Bellows, Wayzatta, Minn., for appellant.

Morley, Cant, Taylor, Haverstock & Beardsley, Frank W. Plant, Jr., Fowler, Youngquist, Furber, Taney & Johnson and John R. Goetz, all of Minneapolis, Minn., for appellees.

Appeal from District Court dismissed, 94 F.Supp. 145, with prejudice and at cost of appellant, on motion of appellant and stipulation of parties.

---

GRACE NATIONAL BANK OF NEW YORK, Petitioner on Review, v. COMMISSIONER OF INTERNAL REVENUE, Respondent on Review.

No. 286, Docket 21967.

United States Court of Appeals
Second Circuit.

Argued June 5, 1951.

Decided June 25, 1951.

Gerard L. Carroll, New York City, for petitioner on review.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Morton K. Rothschild, Sp. Assts. to Atty. Gen., for respondent.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

Decision affirmed on opinion below. 15 T.C. 563.